No. 73–7113. DiJohn v. United States. C. A. 10th Cir. Certiorari denied.

No. 73–7114. Duhart v. United States. C. A. 9th Cir. Certiorari denied.

No. 74–41. Nalls v. Nevada. Sup. Ct. Nev. Certiorari denied.

No. 74–44. Fahrig et al. v. Ledford, Executor. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 74–135. Yakima Tribe of Indians of the Yakima Reservation v. Confederated Tribes of the Colville Reservation. Ct. Cl. Certiorari denied.

No. 74–137. Wiest et al. v. Mt. Lebanon School District. Sup. Ct. Pa. Certiorari denied.

No. 74–140. Ronwin v. Committee on Examinations and Admissions of the Supreme Court of Arizona. Sup. Ct. Ariz. Certiorari denied.

No. 74–149. Allied Sheet Metal Fabricators, Inc. v. Peoples National Bank of Washington. Ct. App. Wash. Certiorari denied.

No. 74–151. Zenith Vinyl Fabrics Corp. v. Ford Motor Co. C. A. 6th Cir. Certiorari denied.

No. 74–162. Dillinger v. Mazza. Ct. App. Ohio, Hancock County. Certiorari denied.

No. 74–163. Bruenn v. Bruenn. Ct. App. Cal., 1st App. Dist. Certiorari denied.